IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH BERGER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MARRIOTT INTERNATIONAL, INC. | : | NO. 20-2508 |

## ORDER

**AND NOW**, this 19th day of August, 2020, upon consideration of Defendant's Motion to Transfer Venue pursuant to 28 U.S.C. § 1404 (Docket No. 5), Plaintiff's Opposition thereto, and Defendant's Reply, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.